IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SYLVIA DAVIS, Special Administrator of the Estate of TYRONE DANDRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>RENE DURAN, DANIEL KOLODZIEJSKI, and CITY OF CHICAGO,<br><br>Defendants. | Case No. 08-cv-6314<br><br>Judge Charles R. Norgle, Sr. |

**DEFENDANT DANIEL KOLODZIEJSKI'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Daniel Kolodziejski ("Officer Kolodziejski"), pursuant to Rule 56(b) of the Federal Rules of Civil Procedure and Local Rule 56.1, now moves for summary judgment. In support of this motion, Officer Kolodziejski concurrently submits his Local Rule 56.1(a)(2) memorandum of law, his Local Rule 56.1(a)(3) statement of material facts, and his supporting appendix of exhibits, and he further states as follows:

1. Plaintiff Sylvia Davis sued Officer Kolodziejski solely with a failure to intervene theory of liability under 42 U.S.C. § 1983 (2006), arising from Defendant Rene Duran's use of force by shooting his gun at Plaintiff's decedent, Tyrone Dandridge.

2. Officer Kolodziejski is entitled to judgment as a matter of law on this claim because 1) he had no reason to know whether Defendant Rene Duran was shooting his gun, and 2) he had no realistic opportunity to intervene to prevent Tyrone Dandridge from being shot.

3. There is no genuine issue of material fact to prevent this Court from finding that Officer Kolodziejski is entitled to judgment as a matter of law.

**WHEREFORE**, for the reasons set forth above, the Local Rule 56.1(a)(2) memorandum of law, the Local Rule 56.1(a)(3) statement of material facts, and the supporting appendix of exhibits, Defendant Daniel Kolodziejski respectfully requests this Court enter an order granting his Motion for Summary Judgment and entering judgment in his favor along with any other relief this Court deems just.

                Respectfully submitted,

                By: /s/ Thomas J. Aumann
                    THOMAS J. AUMANN
                    Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
*t* (312) 744-7630
*f* (312) 744-6566
*e* thomas.aumann@cityofchicago.org
Attorney No. 06282455

## **CERTIFICATE OF SERVICE**

  I hereby certify that I have caused true and correct copies of the above and foregoing to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this

                     /s/ Thomas J. Aumann