# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SYLVIA DAVIS, Special Administrator of the Estate of TYRONE DANDRIDGE, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 08-cv-6314 |
| v. | ) ) | Judge Charles R. Norgle, Sr. |
| RENE DURAN, DANIEL KOLODZIEJSKI, and CITY OF CHICAGO, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF PAPER FILING**

Pursuant to United States District for the Northern District of Illinois Court General Order 09-014, sec. VII, subsec. (C), June 5, 2009, Defendant Daniel Kolodziejski submits this Notice of Paper Filing because Exhibit D of the Local Rule 56.1(a)(3) Statement of Material Facts in Support of His Motion for Summary Judgment cannot be reduced to an electronic format.

Pursuant to Rule 78 and 79 of Federal Rules of Civil Procedure and Local Rules 78.4 and 79.1 of the Northern District of Illinois, Defendant Daniel Kolodziejski has retained the original, manually provided a copy to the Court, and manually served a copy on all parties.

                                                  Respectfully submitted,

                                                  By: /s/ Thomas J. Aumann
                                                       THOMAS J. AUMANN
                                                       Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
*t* (312) 744-7630
*f* (312) 744-6566
*e* thomas.aumann@cityofchicago.org
Attorney No. 06282455