# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Sylvia Davis

                          Plaintiff,

v.                                                    Case No.: 1:08−cv−06314
                                                     Honorable Charles R. Norgle Sr.

City of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 14, 2010:

      MINUTE entry before Honorable Charles R. Norgle, Sr:Defendant's Motion for Summary Judgment [61] is stricken as moot. The parties are not required to appear before the court on Friday, December 17, 2010. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.