# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLVIA DAVIS, Special Administrator of the ESTATE OF TYRONE DANDRIDGE, <br><br> Plaintiff, <br><br> vs. <br><br> RENE DURAN, DANIEL KOLODZIEJSKI and CITY OF CHICAGO, <br><br> Defendants. | ) ) ) ) ) ) ) No. 08 C 6314 ) ) ) ) ) ) |

## AGREED ORDER

This cause coming to be heard on the motion Plaintiff to voluntarily dismiss defendant, Daniel Kolodziejski, with prejudice only, all parties with notice and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that that pursuant to Federal Rule of Civil Procedure 41 (a)(2) the defendant, Daniel Kolodziejski, is hereby dismissed with prejudice with each side to bear its own costs. The case continues on as to the remaining defendants.

The defendant Daniel Kolodziejski's motion for summary judgment noticed for December 17, 2010 is stricken as moot.

ENTERED: _Charles Norgle_

12/14/2010

JEFFREY S. DEUTSCHMAN
**DEUTSCHMAN & ASSOCIATES, P.C.**
Attorney for Plaintiff
77 West Washington Street
Suite 1525
Chicago, IL 60602
(312) 419-1600